IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 10M-1077E |
| | ) |
| SAMUEL RAMIREZ, | ) |
| | ) |
| Defendant. | ) Violation: 18 USC §§ 7, 13 |
| | ) (47 OSA 6-303B) |

## INFORMATION

The United States Attorney charges:

### Count 1

On or about March 9, 2010 in the Western District of Oklahoma at Ft. Sill Military Reservation,

- - - - - - - - - - - - - - - - - - - - - - - - - - SAMUEL RAMIREZ - - - - - - - - - - - - - - - - - - - -

the defendant, did drive a yellow 2006 Chevrolet Cobalt motor vehicle bearing Texas license #SKT314 when his privilege to do so was suspended.

All in violation of Title 47, Section 6-303B of the Oklahoma Statutes, and Title 18, United States Code, Sections 7(3) and 13.

SANFORD C. COATS
United States Attorney

ELINOR KIM
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Criminal Law Division
Fort Sill, OK 73503
(580) 442-3900

| | |
|---|---|
| **STATE OF OKLAHOMA** | ) |
| | ) SS |
| **COUNTY OF COMANCHE** | ) |

## VERIFICATION

I, ELINOR KIM, being first duly sworn, state that I have read the contents of the foregoing Information and, to the best of my knowledge, I believe the statements therein are true based upon representation to me by a member of the United States law enforcement unit.

ELINOR KIM
Special Assistant U.S. Attorney

SUBSCRIBED AND SWORN to before me this 25th day of March, 2010

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE